**Order entered November 14, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00943-CV**

**BRP-ROTAX GMBH & CO. KG, Appellant**

**V.**

**SHEEMA SHAIK AND TOUSEEF SIDDIQUI, Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-03101-E**

**ORDER**

This is an appeal from the trial court's September 6, 2022 order denying appellant's special appearance. The reporter's record has been filed; the clerk's record is due November 18, 2022.

Before the Court is the parties' November 9, 2022 joint advisory in which they inform the Court that the trial court has withdrawn the appealed order and scheduled a status conference for November 16, 2022. In light of the circumstances, we **SUSPEND** the deadline for the filing of the clerk's record and

**ORDER** a motion to dismiss the appeal or a status report be filed no later than November 21, 2022.

We **DIRECT** the Clerk of the Court to send a copy of this order to Dallas County Clerk John F. Warren and the parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE